UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: 18-22233
DUFFY, ELETHA LAURA     Chapter: 7
    Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>October 16, 2018</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Real Estate at: 40 ASTER COURT, BELLE MEAD, NJ<br>The debtor(s) purchased the property in 1997 for $458,000. The property is valued at $743,571 based upon a Comparative Market Analysis. |

| Liens on property: |
|---|
| WELLS FARGO - $990,483 |

| Amount of equity claimed as exempt: |
|---|
| NONE |

Objections must be served on, and requests for additional information directed to:

Name:     /s/Thomas J. Orr, Trustee
Address:     321 High Street, Burlington, NJ 08016
Phone number:     (609)386-8700

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-22233-KCF
Eletha Laura Duffy                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 11, 2018
                              Form ID: pdf905          Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db           +Eletha Laura Duffy,    40 Aster Court,    Belle Mead, NJ 08502-5727
pp           +Kathleen Marie Melincavage,    15 Millbridge Road,    Clementon, NJ 08021-5311
517596758     PAUL MITCHELL MARKETING,    1861-09 UNION TURNPIKE,    Fresh Meadows, NY 11366
517596759    +PSE&G,   80 PARK PLAZA,    Newark, NJ 07102-4194
517596760    +STERN AND EISENBERG,    1040 KINGS HIGHWAY SUITE 407,    Cherry Hill, NJ 08034-1925
517596761    +WELLS FARGO,    PO BOX 14517,    Des Moines, IA 50306-3517
517596762    +WELLS FARGO BANK NA,    420 MONTGOMERY STREET,    San Francisco, CA 94104-1298

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:01     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:58      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517596756    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 23:15:36      CAPITAL ONE BANK,
               PO BOX 30281,    Salt Lake City, UT 84130-0281
517596757    +E-mail/Text: bknotice@ercbpo.com Sep 11 2018 23:25:06     ENHANCED RECOVERY,    PO BOX 57547,
               Jacksonville, FL 32241-7547
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Option One
           Mortgage Loan Trust 2007-FXD2, Asset-Backed Certificates, Series 2007-FXD2
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Option One
           Mortgage Loan Trust 2007-FXD2, Asset-Backed Certificates, Series 2007-FXD2
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5