**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eletha Laura Duffy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1386<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–22233–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eletha Laura Duffy

9/21/18                              **By the court:**  Kathryn C. Ferguson
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 18-22233-KCF
Eletha Laura Duffy                                                      Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1            Date Rcvd: Sep 21, 2018
                              Form ID: 318              Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db             +Eletha Laura Duffy,   40 Aster Court,   Belle Mead, NJ 08502-5727
pp             +Kathleen Marie Melincavage,   15 Millbridge Road,   Clementon, NJ 08021-5311
517596758       PAUL MITCHELL MARKETING,   1861-09 UNION TURNPIKE,   Fresh Meadows, NY 11366
517596759      +PSE&G,   80 PARK PLAZA,   Newark, NJ 07102-4194
517596760      +STERN AND EISENBERG,   1040 KINGS HIGHWAY SUITE 407,   Cherry Hill, NJ 08034-1925
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTJORR.COM Sep 22 2018 02:48:00      Thomas Orr,   Law Office of Thomas J. Orr,
                 321 High Street,   Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2018 23:24:46      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2018 23:24:41      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517596756      +EDI: CAPITALONE.COM Sep 22 2018 02:48:00      CAPITAL ONE BANK,   PO BOX 30281,
                 Salt Lake City, UT 84130-0281
517596757      +E-mail/Text: bknotice@ercbpo.com Sep 21 2018 23:24:54      ENHANCED RECOVERY,   PO BOX 57547,
                 Jacksonville, FL 32241-7547
517596761      +EDI: WFFC.COM Sep 22 2018 02:48:00      WELLS FARGO,   PO BOX 14517,   Des Moines, IA 50306-3517
517596762      +EDI: WFFC.COM Sep 22 2018 02:48:00      WELLS FARGO BANK NA,   420 MONTGOMERY STREET,
                 San Francisco, CA 94104-1298
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Thomas Orr,   Law Office of Thomas J. Orr,   321 High Street,   Burlington, NJ 08016-4411
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Option One
           Mortgage Loan Trust 2007-FXD2, Asset-Backed Certificates, Series 2007-FXD2
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for Option One
           Mortgage Loan Trust 2007-FXD2, Asset-Backed Certificates, Series 2007-FXD2
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```