UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                  :     Case no.:    _____
                                        :
                                        :     Chapter:     _____
                                        :
                                        :     Judge:       _____
            Debtor(s)                   :
_____:

**CERTIFICATION OF NO OBJECTION**

    I _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ❑ Abandonment
- ❑ Public Sale
- ❑ Private Sale
- ❑ Settlement of Controversy
- ❑ Auctioneer Compensation

Description of Property (if applicable):

~~JE~~ANNE A. NAUGHTON, Clerk

Date: _____          By: _____

*rev.2/10/17*